**Pinix & Soukup, LLC**
1200 East Capitol Drive, Suite 360
Milwaukee, Wisconsin 53211
United States
414.963.6164



**Rachel Kelty**

| | |
|---|---|
| **Balance** | $7,687.50 |
| **Invoice #** | 09656 |
| **Invoice Date** | April 11, 2019 |
| **Payment Terms** | |
| **Due Date** | |

**Kelty, Rachel**

For services rendered between
January 01, 2018 and June 26, 2018

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 02/02/2018 | MSP | Correspondence | Letter to circuit court RE Patterson file | $350.00 | 0.1 | $35.00 |
| 02/02/2018 | MSP | Correspondence | Letters to various law enforcement offices RE open records | $350.00 | 0.2 | $70.00 |
| 02/09/2018 | MSP | Correspondence | Exchange emails w/ Fond du Lac RE Patterson case | $350.00 | 0.1 | $35.00 |
| 02/09/2018 | MSP | Correspondence | Letter to DOC records RE client file materials | $350.00 | 0.1 | $35.00 |
| 02/19/2018 | MSP | Meeting | Telephonic meeting with client | $350.00 | 0.3 | $105.00 |
| 02/20/2018 | MSP | File Review | Review Fond du Lac police reports | $350.00 | 1.0 | $350.00 |
| 02/20/2018 | MSP | File Review | Review Patterson court file | $350.00 | 0.4 | $140.00 |
| 02/22/2018 | MSP | Correspondence | 2 pg letter to Warden RE providing materials about Patterson | $350.00 | 0.7 | $245.00 |
| 02/22/2018 | MSP | Legal Research | Research PREA and other potential claims RE guard's harassment of client | $350.00 | 1.0 | $350.00 |
| 03/05/2018 | MSP | Phone Call | Phone call w/ Atty. Artis RE file materials | $350.00 | 0.2 | $70.00 |
| 03/05/2018 | MSP | File Review | Review materials provided by Atty. Artis | $350.00 | 1.0 | $350.00 |
| 03/05/2018 | MSP | File Review | Review records request made with WI DOC | $350.00 | 0.1 | $35.00 |
| 03/05/2018 | MSP | Attorney Conference | Discuss case strategy w/ Atty Soukup | $350.00 | 0.2 | $70.00 |
| 03/07/2018 | MSP | File Review | Review Artis emails and materials and discuss matter w/ Atty. Artis | $350.00 | 0.5 | $175.00 |
| 03/08/2018 | MSP | Correspondence | Letter to client RE status | $350.00 | 0.2 | $70.00 |

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/12/2018 | MSP | Meeting | Telephonic meeting with client | $350.00 | 1.8 | $630.00 |
| 03/29/2018 | MSP | Legal Writing | Draft complaint | $350.00 | 1.0 | $350.00 |
| 03/30/2018 | MSP | Legal Writing | Draft complaint | $350.00 | 2.0 | $700.00 |
| 04/06/2018 | MSP | Phone Call | Telephonic meeting with client RE status | $350.00 | 0.2 | $70.00 |
| 04/09/2018 | MSP | Legal Writing | Draft complaint | $350.00 | 1.0 | $350.00 |
| 04/18/2018 | MSP | Correspondence | Letter to client RE status & way forward | $350.00 | 0.1 | $35.00 |
| 04/24/2018 | MSP | Correspondence | Email investigator about finding defendant's addresses | $350.00 | 0.1 | $35.00 |
| 05/09/2018 | MSP | Legal Writing | Draft complaint (includes relevant research & record review) | $350.00 | 3.0 | $1,050.00 |
| 05/09/2018 | MGS | Legal Writing | Reviewing complaint. | $295.00 | 0.2 | $59.00 |
| 05/10/2018 | MSP | Attorney Conference | Discuss draft complaint with Atty. Lawnicki | $350.00 | 0.2 | $70.00 |
| 05/10/2018 | MSP | Attorney Conference | Discuss draft complaint w/ Atty. Soukup | $350.00 | 0.2 | $70.00 |
| 05/10/2018 | MSP | Legal Writing | Draft complaint | $350.00 | 1.0 | $350.00 |
| 05/10/2018 | MSP | Correspondence | Letter to client RE complaint | $350.00 | 0.1 | $35.00 |
| 05/10/2018 | MGS | Legal Writing | Reviewing criminal complaint and attorney conference. | $295.00 | 0.4 | $118.00 |
| 05/11/2018 | RRL | File Review | Review complaint, confer with Atty. Pinix | $295.00 | 0.9 | $265.50 |
| 05/16/2018 | MSP | Meeting | Telephonic meeting with client | $350.00 | 0.4 | $140.00 |
| 05/16/2018 | MSP | Legal Writing | Edit complaint pursuant to meeting with Client | $350.00 | 0.5 | $175.00 |
| 05/18/2018 | MSP | Legal Writing | Finalize and file complaint, summons, disclosure statement | $350.00 | 2.0 | $700.00 |
| 05/22/2018 | MSP | Phone Call | Phone call to clerk of court RE status of summonses | $350.00 | 0.1 | $35.00 |
| 05/22/2018 | MSP | File Review | Review summonses sent from COC | $350.00 | 0.1 | $35.00 |
| 05/22/2018 | MSP | Phone Call | Phone call to process server RE Boatwright | $350.00 | 0.1 | $35.00 |
| 05/22/2018 | MSP | Correspondence | Email to process server RE Patterson, Cooper, & Bednarek | $350.00 | 0.1 | $35.00 |
| 05/24/2018 | MSP | Phone Call | Phone call w/ process server RE FdL defendants | $350.00 | 0.2 | $70.00 |
| 05/24/2018 | MSP | Correspondence | Letter to FdL process server | $350.00 | 0.1 | $35.00 |
| 06/13/2018 | MSP | Meeting | Telephonic meeting with client | $350.00 | 0.3 | $105.00 |
| | | | Totals: | | 22.2 | $7,687.50 |

| | |
|---|---|
| Time Entry Sub-Total: | $7,687.50 |
| **Sub-Total:** | $7,687.50 |
| **Total:** | $7,687.50 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$7,687.50** |