**Pinix & Soukup, LLC**
1200 East Capitol Drive, Suite 360
Milwaukee, Wisconsin 53211
United States
414.963.6164



**Rachel Kelty**

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 00923 |
| **Invoice Date** | June 1, 2018 |
| **Payment Terms** | |
| **Due Date** | |

**Kelty, Rachel**

**Expenses**

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 02/14/2018 | RT | Copies of Records | Check to Ramona Geib | 45.00 | 1.0 | 45.00 |
| 03/19/2018 | RT | Copies of Records | Health Care Records | 325.96 | 1.0 | 325.96 |
| 05/18/2018 | MSP | Filing fee | Civil case filing fee | 400.00 | 1.0 | 400.00 |

Expense Total: **$770.96**

**Terms & Conditions:**

██████████████████████████
████████████████████████████
██████████████████████████

| | |
|---|---|
| Expense Sub-Total: | 770.96 |
| **Sub-Total:** | 770.96 |
| **Total:** | 770.96 |
| **Amount Paid:** | 770.96 |
| **Balance Due:** | **$0.00** |

# Payment History

| Activity | Date | Pay Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Jun 1, 2018 | Trust | $770.96 | Rachel Kelty (Client) | Operating Account |