# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RACHEL KELTY,

        Plaintiff,

v.

JOHN M. PATTERSON, MICHAEL BEDNAREK, and SARAH COOPER,

        Defendants.

Case No. 18-CV-762-JPS

**ORDER**

On February 6, 2019, Plaintiff filed a motion for default judgment against Defendant John M. Patterson ("Patterson"). (Docket #28). The Court referred the motion to Magistrate Judge Nancy Joseph for a hearing and her recommendation on disposition of the motion. (Docket #29). Magistrate Judge Joseph issued two separate recommendations on the matter, one addressing Plaintiff's damages, and the other Plaintiff's entitlement to an award of attorneys' fees. (Docket #36 and #38). The parties were advised that they had fourteen days to object to the recommendations. *Id.* No objections have been received from any party. Upon consideration of Magistrate Judge Joseph's recommendations, and having received no objections thereto, the Court will adopt the recommendations in full. Plaintiff's motion for default judgment will be granted, and judgment shall be entered in her favor awarding her $900,000.00 in compensatory damages, $1,500,000.00 in punitive damages, and $13,840.00 in attorneys' fees against Patterson.

Additionally, on February 1, 2019, the parties that have appeared in this matter filed a stipulation for dismissal of Defendants Michael Bednarek

and Sarah Cooper with prejudice and without costs or fees to any party. (Docket #27). The Court waited to address the stipulation until the matter was concluded as to Patterson. Now that this is done, the Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal as to Defendants Michael Bednarek and Sarah Cooper (Docket #27) be and the same is hereby **ADOPTED**; Defendants Michael Bednarek and Sarah Cooper be and the same are hereby **DISMISSED** from this action with prejudice and without costs or fees to any party;

**IT IS FURTHER ORDERED** that Magistrate Judge Nancy Joseph's reports and recommendations on Plaintiff's motion for default judgment against Defendant John M. Patterson (Docket #36 and #38) be and the same are hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment against Defendant John M. Patterson (Docket #28) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff shall be awarded compensatory damages in the amount of $900,000.00 and punitive damages in the amount of $1,500,000.00 against Defendant John M. Patterson;

**IT IS FURTHER ORDERED** that Plaintiff shall be awarded attorneys' fees in the amount of $13,840.00 against Defendant John M. Patterson; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED** with prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 31st day of July, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge